THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENLEY STANIS-LAS, Appellant, v WARDEN et al., Respondents.

Submitted November 18, 2013; decided January 9, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.